396 A.2d 829

Commonwealth v. Willis, Appellant.

Argued October 23, 1978. Dennis Unkovic, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.